# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2016

## NO. 03-14-00797-CV

**Darrell J. Harper, Appellant**

**v.**

**Texas Commission on Jail Standards and Anthony Mikesh, Appellees**

### APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on November 14, 2014. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not file a brief, nor comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.